# STATE OF LOUISIANA
# COURT OF APPEAL, FIRST CIRCUIT

MICHAEL ELLIS

VERSUS

CIRCLE L TRUCKING, L.L.C.
AND EMPLOYERS MUTUAL
CASUALTY COMPANY

NO.  2019 CW 0684

OCT 2 8 2019

In Re:    Circle L Trucking, LLC, applying for supervisory
          writs, 19th Judicial District Court, Parish of East
          Baton Rouge, No. 676118.

BEFORE:   HIGGINBOTHAM, PENZATO, AND LANIER, JJ.

WRIT DENIED.

TMH
AHP
WIL

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT